IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Jason W. Carter<br>                Debtor<br><br>Jason W. Carter<br>                Plaintiff<br>vs.<br><br>Toyota Motor Credit Corporation<br>                Defendant | NO. 18-24646-CMB<br><br>CHAPTER 13<br><br>Adversary No. 19-02140-CMB |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Defendant's claim is secured by a 2011 Toyota Venza., VIN: 4T3BK3BB6BU054002;

WHEREAS, on February 19, 2019, Defendant filed a proof of claim in the total amount of $17,203.86, asserting a secured claim in the amount of $14,044.29, with pre-petition arrears in the amount of $889.52, and with an annual interest rate of $6.340000\%$. (Claim 4-1);

WHEREAS, Debtor's Chapter 13 Plan dated November 30, 2018 proposed to pay a modified principal balance of $8,100.00 on Defendant's secured claim plus interest at the rate of 6.0%;

WHEREAS, Defendant has filed an objection to Debtor's Chapter 13 Plan (Doc. 25);

WHEREAS, Debtor filed a Complaint to Determine Secured Status in this matter seeking to have the amount of Defendant's claim reduced to $8,100.00.

WHEREAS, Defendant has filed an answer to Debtor's complaint;

WHEREAS, the parties have reached an agreement with regard to the treatment of Defendant's secured claim.

It is therefore Stipulated and agreed as follows:

1. The amount of Defendant's claim secured by the 2011 Toyota Venza., VIN: 4T3BK3BB6BU054002 is $10,500.00.

2. Debtor shall pay the sum of $10,500.00 with interest at the rate of 6.00% on Movant's secured claim filed at Claim 4-1.

3. Defendant's objection to confirmation of the Debtor's Chapter 13 Plan is withdrawn.

4. Debtor's Complaint to Determine Secured Status is withdrawn.

Consented to by:

*/s/ Daniel R. White, Esquire*
Daniel R. White, Esquire
Zebley, Mehalov & White, P.C.
Attorney for Debtor
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
Phone: 724-439-9200
dwhite@zeblaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Defendant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

FILED
10/10/19 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

Carter,
    Plaintiff

Adv. Proc. No. 19-02140-CMB

Toyota Motor Credit Corporation,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Oct 10, 2019
                Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
pla        +Jason W. Carter,   531 Madison Drive,   Smithfield, PA 15478-1265
dft        +Toyota Motor Credit Corporation,   KML Law Group, P.C.,   c/o James C. Warmbrodt, Esquire,   701 Market Street-Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 11 2019 02:35:50     Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,   Pittsburgh, PA 15222-3721
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 11 2019 02:35:50     United States Trustee,   228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 11 2019 02:35:50     United States Trustee,   Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                    TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
          Daniel R. White   on behalf of Plaintiff Jason W. Carter zmwchapter13@gmail.com,   gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt   on behalf of Defendant   Toyota Motor Credit Corporation   bkgroup@kmllawgroup.com
                                                        TOTAL: 2